UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE KEITH JACKSON, | CV 07-5377 SVW (PLA) |
| Petitioner, | |
| v. | ORDER ADOPTING IN PART THE FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| RONNIE JOHNSON, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint, the records on file, and the Second Report and Recommendation of the United States Magistrate Judge. The Court adopts the Magistrate Judge's report as to Part A, "Petitioner's Claim Is Not Cognizable in Habeas Corpus," but refrains from adopting the Magistrate Judge's report as to the due process component of Petitioner's claim. To the extent Petitioner argues that he is entitled to a lesser security classification, his suit should be filed as a civil action separate from habeas proceedings.

Accordingly, IT IS ORDERED that Judgment be entered (1) approving and adopting the Second Report and Recommendation as to Part A; (2) directing that this action be dismissed without prejudice; and (3)

1  directing that the Clerk shall serve this Order and the Judgment on all
2  counsel or parties of record.

3

4          IT IS SO ORDERED.

7  DATED:  July 7, 2010

8                                          STEPHEN V. WILSON
9                                     UNITED STATES DISTRICT JUDGE

2