UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE KEITH JACKSON, | ) | CV 07-5377 SVW (PLA) |
| | ) | |
|         Petitioner, | ) | |
| | ) | JUDGMENT |
|     v. | ) | |
| | ) | |
| RONNIE JOHNSON, et al., | ) | |
| | ) | |
|         Respondents. | ) | |

Pursuant to the Order Adopting in Part the Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

IT IS SO ORDERED.

DATED: July 7, 2010

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE